**KATTEN MUCHIN ROSENMAN LLP**
David Halberstadter (SBN 107033)
david.halberstadter@kattenlaw.com
Meegan Maczek (SBN 260609)
meegan.maczek@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
LIVE ART, INC.; and SIRI GALLIANO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| RICHTONE DESIGN GROUP L.L.C., and SEAN P. GALLAGHER,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE ART, INC., d/b/a/ LIVE ART STUDIO d/b/a, LIVE ART PILATES, d/b/a BIG BEAR PILATES, SIRI GALLIANO, JANE DOES 1-10; JOHN DOES 1-10; and XYZ COMPANIES 1-10 jointly and severally,<br><br>Defendants. | Case No. EDCV14-122 AB (DTBx)<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)]<br><br>Action filed: January 21, 2014<br>Trial date: October 6, 2015<br><br>Hon. André Birotte Jr. |

**STIPULATION OF DISMISSAL OF ACTION**

Plaintiffs Richtone Design Group L.L.C. and Sean P. Gallagher (collectively, "Plaintiffs"), on the one hand, and defendants Live Art, Inc. and Siri Galliano (collectively, "Defendants"), on the other hand, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 21, 2014, Plaintiffs filed this action against Defendants;

WHEREAS, on April 4, 2014, Plaintiffs filed the operative First Amended Complaint;

WHEREAS, on May 5, 2014, Defendants answered the First Amended Complaint;

WHEREAS, trial is scheduled to begin on October 6, 2015; and

WHEREAS, Plaintiffs and Defendants have entered into a settlement agreement.

NOW, THEREFORE, the parties hereby agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that:

1. Plaintiffs dismiss the operative First Amended Complaint against Defendants with prejudice.

2. Each party bears its own attorney's fees and costs.

3. This action is dismissed with prejudice.

Respectfully submitted,

Dated: July 8, 2015

Andrew L. Spence
Nathan J. Wagner


By: /s Andrew L. Spence (with permission)
    Andrew L. Spence
Attorneys for Plaintiffs
RICHTONE DESIGN GROUP L.L.C.; and
SEAN P. GALLAGHER

-1-
**STIPULATION OF DISMISSAL OF ACTION**

| | | |
|---|---|---|
| 1 | Dated: July 8, 2015 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | | David Halberstadter<br>Meegan Maczek |

By:  /s Meegan Maczek
        Meegan Maczek
Attorneys for Defendants
LIVE ART, INC.; and SIRI GALLIANO