AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION ☐ APPEAL

COURT NAME AND LOCATION: United States District Court of the Central District of California

DOCKET NO.:
DATE FILED:

PLAINTIFF
RICHTONE DESIGN GROUP L.L.C., and
SEAN P. GALLAGHER

DEFENDANT
LIVE ART, Inc., d/b/a LIVE ART STUDIO, d/b/a,
LIVE ART PILATES, d/b/a BIG BEAR PILATES,
SIRI GALLIANO, JANE DOES 1-10; JOHN DOES 1-10
and XYC COM{ Jane Does 1-10; John Does 1-10 and XY

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu000242067 | Joseph H. Pilates originator of the art and science of | Pilates, Inc. |
| 2 TX-6-088-459 | The Pilates Studio : teacher training manual. | Pilates, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:
INCLUDED BY: ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment<br>Stipulation to Dismiss pursuant to FRCP 41(a)(1)(A)(ii) | ☐ Yes ☑ No | July 8, 2015 |
| CLERK<br>Kiry Gray, Acting | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>July 9, 2015 |

3) Upon termination of action, mail copy to Register of Copyrights